IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC VIORAL, | : Civil No. 1:24-CV-283 |
| Plaintiff | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| MICHELLE KING, Acting Commissioner of Social Security,[1] | : |
| Defendant | : |

# ORDER

AND NOW, this 18th day of February 2025, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge

---

[1] Michelle King became the acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Michelle King is substituted as the defendant in this suit.